TION. March 7, 1927. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Mr. Silas B. Axtell* for petitioner. *Solicitor General Mitchell, Assistant Attorney General Luhring,* and *Mr. Harry S. Ridgely* for respondent.

No. 850. W. C. TUCKER *v.* ACEL C. ALEXANDER, COMMISSIONER OF INTERNAL REVENUE. March 7, 1927. Petition for a writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit granted. *Mr. C. H. Garnett* for petitioner. *Solicitor General Mitchell, Assistant Attorney General Willebrandt, Messrs. Sewall Key, A. W. Gregg,* and *Fred W. Dewart* for respondent.

No. 851. UNITED STATES *v.* MANLY S. SULLIVAN. March 7, 1927. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit granted. *Solicitor General Mitchell, Assistant Attorney General Willebrandt, Messrs. Sewall Key,* and *A. W. Gregg* for the United States. *Messrs. Frederick W. Aley* and *E. Willoughby Middleton* for respondent.

No. 854. JAMES W. BOTHWELL, WILLIAM J. MICHEL, ET AL., RECEIVERS OF EMPLOYERS MUTUAL INSURANCE AND SERVICE COMPANY *v.* BUCKBEE, MEARS COMPANY. March 7, 1927. Petition for a writ of certiorari to the Supreme Court of the State of Minnesota granted. *Messrs. Morton Barrows* and *George P. Metcalf* for petitioners. *Messrs. William H. Oppenheimer* and *Montreville J. Brown* for respondent.

No. 858. FINANCE AND GUARANTY COMPANY *v.* HENRY W. OPPENHIMER, TRUSTEE IN BANKRUPTCY FOR W. A. LEE, TRADING AS NATIONAL MOTOR COMPANY, BANKRUPT. March 7, 1927. Petition for a writ of certiorari to the